# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Gregory J. Doan | Atty Name (if applicable): | Gregory J. Doan |
| Street Address: | 635 Camino de los Mares, Suite 100<br>San Clemente, CA 92673 | CA Bar No (if applicable): | 165174 |
| Filer's Telephone No: | (949) 472-0593 | Atty Fax No (if applicable): | (949) 472-5441 |

| In re: | Case No 2:11-bk-13444 |
|---|---|
| Gene Archie Martignetti | Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended:

☒ A    ☒ B    ☒ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J
☐ Statement of Social Security Number(s)    ☒ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Gene Archie Martignetti, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/4/2011

_____
Gene Archie Martignetti
*Debtor Signature*

**FOR COURT USE ONLY**

_____
*Co-Debtor Signature*

**SEE PROOF OF SERVICE**

B-1008 *Revised November 2003*

B6A (Official Form 6A) (12/07)

In re  **Gene Archie Martignetti**                                                                 Case No.  **2:11-bk-13444**
                                                  Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **FOR DISCLOSURE ONLY**<br>**Single Family Residence  ** Only Wife and parents on Title and Loan****<br>**1998 Layton St**<br>**Pasadena, CA 91104**<br>****Wife's Sole and Separate Property**<br>****Debtor has interest of 2 years of principal payments and potential interest in appreciation of property.**<br>**Purchase Price: $625,000.00**<br>**Purchase Date:  2/2009**<br><br>**$600,000.00  -FMV (Zillow.com)**<br>**($407,301.00) - Total Mortgages**<br>**($48,000.00)  - 8% Cost of Sale**<br>**($33,250.00) - Trustee Fees**<br>-----------------------------------------<br>**$111,449 - Total Equity** | Fee Owner | - | 600,000.00 | 407,301.00 |

|  | Sub-Total > | **600,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **600,000.00** |  |

 **0**   continuation sheets attached to the Schedule of Real Property                            (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Gene Archie Martignetti**                                    Case No. __2:11-bk-13444__
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | | Cash | - | 100.00 |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Checking & Savings Accounts<br>Wells Fargo ** wife account | - | 50.00 |
| | | | Checking & Savings Accounts<br>Bank Of the West<br>**wife account | | 50.00 |
| | | | Checking and Savings Accounts<br>Chase Bank<br>**Wife Accounts | - | 15.00 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | | Misc. Household Goods and Furnishings | - | 1,500.00 |
| 5 | Books, pictures and other art objects; antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | Misc. Collectibles | - | 300.00 |
| 6 | Wearing apparel | | Misc. Wearing Apparel | - | 500.00 |
| 7 | Furs and jewelry | | Misc. Jewelry | - | 5,000.00 |
| 8 | Firearms and sports, photographic, and other hobby equipment | | Misc. Hobby Equipment | - | 100.00 |
| 9 | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | | Debtor's Term Life Insurance<br>No Cash Value<br>Prudential | - | 0.00 |
| 10 | Annuities. Itemize and name each issuer | X | | | |

                                                                        Sub-Total >      **7,615.00**
                                                                        (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont

In re **Gene Archie Martignetti**                                                     Case No __2:11-bk-13444__
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C § 529(b)(1). Give particulars (File separately the record(s) of any such interest(s) 11 U S C § 521(c)) | X | | | |
| 12  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Give particulars | | Debtor IRA **Disclosure only** Scotttrade | - | 20.00 |
| | | Debtor's Wife IRA ***Discolure Only** Scottrade | - | 459.00 |
| 13  Stock and interests in incorporated and unincorporated businesses Itemize | | Debtor Brokerage Act stock Scottrade | - | 3.19 |
| | | Consulting, Business Management Sole Proprietorship Defunct Business | - | 0.00 |
| 14  Interests in partnerships or joint ventures Itemize | X | | | |
| 15  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 16  Accounts receivable | X | | | |
| 17  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 18  Other liquidated debts owed to debtor including tax refunds  Give particulars | | 2010 Anticipated Tax Refund | - | 2,000.00 |
| 19  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |

                                                                              Sub-Total >        2,482.19
                                                                             (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont

In re  **Gene Archie Martignetti**  , Case No __2:11-bk-13444__
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 22 Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 23 Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 24 Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25 Automobiles, trucks, trailers, and other vehicles and accessories | | 2005 Honda Accord 90,000 Miles ***Own Free and Clear*** ***Wife on Title**** | - | 6,075.00 |
| | | 2001 Lexus RX300 (Belongs to Parents) 120,000 miles FMV - $5,000.00 Vehicle needs heavy repairs. Debtor's Wife's Parents leave car at Debtor's house occasionally | - | 0.00 |
| 26 Boats, motors, and accessories | X | | | |
| 27 Aircraft and accessories | X | | | |
| 28 Office equipment, furnishings and supplies | | Consulting, Business Management Computers, Desk, Bookshelf | - | 500.00 |
| | | | Sub-Total > (Total of this page) | 6,575.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont

In re  **Gene Archie Martignetti**                                                                 Case No   **2:11-bk-13444**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business | X | | | |
| 30. Inventory | X | | | |
| 31. Animals | X | | | |
| 32. Crops - growing or harvested  Give particulars | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed | X | | | |
| 35. Other personal property of any kind not already listed  Itemize | | Gene Martignetti vs. Robert L Bachman<br>Class Action Lawsuit:<br>Case No. 2:10-CV-0548-DMG-AN<br>Central District of California<br><br>Attorney: Amy Clark Kleinpeter<br>512-850-5290<br>12731 Research Blvd.<br>Bldg A, Suite 103<br>Austin, TX 78759<br><br>Potential Winnings: $4,000.00 | . | 4,000.00 |

|   |   |
|---|---|
| Sub-Total > (Total of this page) | 4,000.00 |
| Total > | 20,672.19 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Gene Archie Martignetti**                                                                Case No.  **2:11-bk-13444**
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450 *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                           *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| FOR DISCLOSURE ONLY | C.C.P. § 703.140(b)(5) | 10,906.81 | 600,000.00 |
| Single Family Residence ** Only Wife and parents on Tile and Loan** | | | |
| 1998 Layton St | | | |
| Pasadena, CA 91104 | | | |
| **Wife's Sole and Separate Property | | | |
| **Debtor has interest of 2 years of principal payments and potential interest in appreciation of property. | | | |
| Purchase Price: $625,000.00 | | | |
| Purchase Date: 2/2009 | | | |
| | | | |
| $600,000.00 -FMV (Zillow.com) | | | |
| ($407,301.00) - Total Mortgages | | | |
| ($48,000.00) - 8% Cost of Sale | | | |
| ($33,250.00) - Trustee Fees | | | |
| ---------------------------------------------- | | | |
| $111,449 - Total Equity | | | |
| **Cash on Hand** | | | |
| Cash | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking & Savings Accounts | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| Wells Fargo ** wife account | | | |
| Checking & Savings Accounts | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| Bank Of the West | | | |
| **wife account | | | |
| Checking and Savings Accounts | C.C.P. § 703.140(b)(5) | 15.00 | 15.00 |
| Chase Bank | | | |
| **Wife Accounts | | | |
| **Household Goods and Furnishings** | | | |
| Misc. Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. Collectibles | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| Misc. Wearing Apparel | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry | C.C.P. § 703.140(b)(4) | 1,425.00 | 5,000.00 |
| | C.C.P. § 703.140(b)(5) | 3,575.00 | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Misc. Hobby Equipment | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Gene Archie Martignetti**                                           Case No.  __2:11-bk-13444__
                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Debtor IRA<br>**Disclosure only**<br>Scotttrade | C.C.P. § 703.140(b)(10)(E) | 20.00 | 20.00 |
| Debtor's Wife IRA<br>***Discolure Only**<br>Scottrade | C.C.P. § 703.140(b)(10)(E) | 459.00 | 459.00 |
| **Stock and Interests in Businesses** | | | |
| Debtor Brokerage Act stock<br>Scottrade | C.C.P. § 703.140(b)(5) | 3.19 | 3.19 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2010 Anticipated Tax Refund | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Honda Accord<br>90,000 Miles<br><br>***Own Free and Clear***<br>***Wife on Title**** | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,525.00<br>2,550.00 | 6,075.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Consulting, Business Management<br>Computers, Desk, Bookshelf | C.C.P. § 703.140(b)(6) | 500.00 | 500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Gene Martignetti vs. Robert L. Bachman<br>Class Action Lawsuit:<br>Case No. 2:10-CV-0548-DMG-AN<br>Central District of California<br><br>Attorney: Amy Clark Kleinpeter<br>512-850-5290<br>12731 Research Blvd.<br>Bldg A, Suite 103<br>Austin, TX 78759<br><br>Potential Recovery: $4,000.00 | C.C.P. § 703.140(b)(5) | 4,000.00 | 4,000.00 |
| | Total: | 31,579.00 | 620,672.19 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B7 (Official Form 7) (04/10)

## United States Bankruptcy Court
### Central District of California

In re   **Gene Archie Martignetti**                                                       Case No   **2:11-bk-13444**
                                   Debtor(s)                                              Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name See, 11 U S C. § 112; Fed R Bankr P 1007(m)

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25 **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor 11 U S C § 101

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,000.00 | 2011 YTD: Debtor Employment Income |
| $42,000.00 | 2010: Debtor Employment Income |
| $0.00 | 2009: Debtor Self-Employment Income<br>Gross Income: $120<br>Net Loss: ($15,127) |
| $1,200.00 | 2011 YTD: Wife Employment Income |
| $25,200.00 | 2010: Wife Employment Income |
| $62,560.00 | 2009: Both Employment Income |

2

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $600.00 | 2009: Debtor Debtor IRA Distributions |
| $0.00 | 2009: Wife Sale of Stock<br>Gross Income: $14,871<br>Net Loss: (6,707) |
| $0.00 | 2009: Wife Sale of Stock<br>Gross Income: $18,239<br>Net Loss: ($255) |
| $250.00 | 2011 YTD: Wife Family Contribution |
| $3,000.00 | 2010: Wife Family Contribution |
| $2,500.00 | 2009: Wife Family Contribution (Started 02/2009) |

### 3. Payments to creditors

None ☐ *Complete a or b, as appropriate, and c*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| PHH Mortgage<br>PO Box 7151<br>Pasadena, CA 91109 | Last 90 Days | $8,115.00 | $407,301.00 |

None ■ b. *Debtor whose debts are not primarily consumer debts.* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors.* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank vs Gene Martignetti<br>Case No. 10C00209 | Limited Civil Proceeding | Superior Court of California<br>County of Los Angeles<br>300 East Walnut<br>Pasadena, CA 91101 | Judgment |
| American Express vs. Gene Martignetti<br>Case No.30-200900118364 | Unlimited Civil Proceeding | Superior Court of CA<br>County of Orange<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | Judgment |
| Gene Martignetti vs. Robert L. Bachman<br>Case No. 2:10-CV-0548-DMG-AN | Class Action Lawsuit | Central District of California | Pending |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| American Express<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355 | 08/2010 | Total Bank Levy: $150.00 |

---

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

---

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Lake Avenue Church<br>393 North Lake Avenue<br>Pasadena, CA 91101 | Member | Monthly | $20.00/month |

---

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| please refer to 2016b for all | | |

---

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Unknown To Debtor | 04/2009 | 2005 Honda Accord 2Dr Coupe EX<br>Sold for: $11,500.00 |
| None | | Used $8,000.00 for 2005 Honda Accord 4 Door LX<br>Used remaining funds to pay for necessities. |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo<br>350 W Colorado Blvd<br>Pasadena, CA 91105 | Joint Checking | 5/2010 - $0.00 |
| Wells Fargo<br>350 W Colorado Blvd<br>Pasadena, CA 91105 | Individual Checking | 5/2010 - $0.00 |

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐  List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Margaret O'Hara and Robert Bush<br>560 Chaparral Ct<br>Altadena, CA 91001 | 2001 Lexus RX300<br>120,000 miles<br>FMV - $5,000.00<br><br>Vehicle needs heavy repairs. Debtor's Wife Parents leave car at Debtor's house occasionally | Debtor's Residence |

**15. Prior address of debtor**

None ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 560 Chaparral Ct<br>Altadena, CA 91001 | Gene Archie Martignetti | 11/2008 - 02/2009 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

6

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 73 Parkcrest<br>Newport Coast, CA 92657 | Gene Archie Martignetti | 11/2007 - 11/2008 |

**16. Spouses and Former Spouses**

None ☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME
**Debtor's Spouse: Jessica Martignetti**
**07/2008 - Current**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

### 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Consulting Business Management | xxx-xx-1649 | 1998 Layton st Pasadena, CA 91104 | Consulting Service Sales Last time earned monies (12/2008) | 1/2008-Current |
| Simply Organic Distribution LLC | xxx-xx-1649 | 14902 Hickory Ct Eden Prairie, MN 55346 | Selling Beauty Products | 1/2004-12/31/2009 |
| Martignetti,LLC | xxx-xx-1649 | 1249 Waterview Lane Fort Lauderdale, FL 33326 | Real Estate- Never got off ground | 1/13/2005-9/26/2008 (Dissolved) |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C § 101

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jon Mostrom 14902 Hickory Ct Navarre, MN 55392 | 1/2005-Current |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

NAME                    ADDRESS                    DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor If any of the books of account and records are not available, explain

8

NAME  
Gene Archie Martignetti

ADDRESS  
1998 Layton St.  
Pasadena, CA 91104

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case

NAME AND ADDRESS                                               DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

NAME AND ADDRESS             TITLE                       NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22. Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case

NAME                             ADDRESS                        DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case

NAME AND ADDRESS             TITLE                       DATE OF TERMINATION

### 23. Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS  
OF RECIPIENT,  
RELATIONSHIP TO DEBTOR          DATE AND PURPOSE OF WITHDRAWAL          AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

9

---

**24. Tax Consolidation Group**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date **April 1, 2011**      Signature   **/s/ Gene Archie Martignetti**
                                         **Gene Archie Martignetti**
                                         Debtor

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

Case 2:11-bk-13444-TD    Doc 11    Filed 04/05/11    Entered 04/05/11 15:33:00    Desc

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed

DATED: 4/4/2011

**Kristen Aylward**
Print or Type Name

*Signature*

(SEE ATTACHED MAILING LIST)

B-1008 *Revised November 2003*